McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00799−KJM−CKD |
| Plaintiff, | |
| v. | *AMENDED* STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 2033 BASTONA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-1860-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 5313 KUNGSTING WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1620-047-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 5759 MUSKINGHAM WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-1280-034-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 8061 MAYBELLINE WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0051-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 9043 PEMBRIDGE DRIVE, ELK GROVE, |
| 2 | CALIFORNIA, SACRAMENTO COUNTY, APN: 134-0730-009-0000, |
| 3 | INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 4 | |
| 5 | REAL PROPERTY LOCATED AT 9445 MEDSTEAD WAY, ELK GROVE, |
| 6 | CALIFORNIA, SACRAMENTO COUNTY, APN: 116-0670-046-0000, |
| 7 | INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 8 | Defendants. |

The United States and Claimants Fu Long Liu, Li Tan Lin, Min H. Jiang, Jing Shen Jiang, James B. Keegan, Diane E. Keegan, Zhong Chen, and Zhaowei Xie, through their respective counsel, and Jan Horn and Maureen Horn, appearing *pro per*, hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related criminal cases, United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM, and ongoing criminal investigation into marijuana grows at the defendant properties.

1. This is a forfeiture *in rem* action against six properties pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) and 21 U.S.C. §§ 881(a)(6) and 881(a)(7) because they were allegedly used to commit or facilitate violations of federal drug and money laundering laws:

   a. Real Property located at 2033 Bastona Drive in Elk Grove, California, the "*Defendant Bastona Drive.*" Min H. Jiang filed a claim asserting an ownership interest in defendant Bastona Drive. No other party has filed a claim asserting an interest in defendant Bastona Drive.

   b. Real Property located at 5313 Kungsting Way, Elk Grove, California, the "*Defendant Kungsting Way.*" Fu Long Liu has filed a claim asserting an ownership interest in defendant Kungsting Way. Corey Fenig and Faye Fenig filed claims asserting a lienholder interest in defendant Kungsting Way. This property was sold and the proceeds were used to satisfy Corey and Faye Fenig's loan.[1] The net proceeds from the sale shall be substituted for the defendant Kungsting Way.

   c. Real Property located at 5759 Muskingham Way in Sacramento, California, the "*Defendant Muskingham Way.*" Li Tan Lin has filed a claim asserting an ownership

---

[1] Accordingly, Corey Fenig and Faye Fenig no longer have an interest in Defendant Kungsting Way.

interest in defendant Muskingham Way.  James B. Keegan and Diane E. Keegan filed claims asserting a lienholder interest in defendant Muskingham Way.

    d. Real Property located at 8061 Maybelline Way in Sacramento, California, the "*Defendant Maybelline Way*."  Zhong Chen has filed a claim asserting an ownership interest in defendant Maybelline Way.  No other party has filed a claim asserting an interest in defendant Maybelline Way.

    e. Real Property located at 9043 Pembridge Drive in Elk Grove, California, the "*Defendant Pembridge Way*."  Jing Shen Jiang has filed a claim asserting an ownership interest in defendant Pembridge Drive.  Jan Horn and Maureen Horn filed a claim asserting a lienholder interest in defendant Pembridge Drive.

    f. Real Property located at 9445 Medstead Way in Elk Grove, California, the "*Defendant Medstead Way*."  Zhaowei Xie filed a claim asserting an ownership interest in defendant Medstead Way.  No other party has filed a claim asserting an interest in defendant Medstead Way.

3. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq*.  Claimants deny these allegations.

4. To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in two related cases, <u>United States v. Leonard Yang, et al.</u>, Case 2:16-CR-00189-KJM and <u>United States v. Xiu Ping Li, et al.</u>, Case No. 2:17-CR-00136-KJM, and the investigation continues concerning the marijuana grows at the defendant properties.  It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant properties.  Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant properties, as well as the circumstances behind the purchase of the properties.  If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If they invoke their Fifth Amendment rights, the United States will be deprived of the ability

to explore the factual basis for the claims they filed with this court.

5. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Internal Revenue Service – Criminal Investigation. Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

6. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

7. If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated: 7/27/2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/31/18

/s/ Ernest Chen
ERNEST CHEN
Attorney for Claimants Fu Long Liu and Zhong Chen
(Authorized by email)

Dated: 7/27/18

/s/ David Foos
DAVID FOOS
Attorney for Li Tan Lin
(Signature retained by attorney)

Dated: 7/31/18

/s/ Anh Nguyen
ANH NGUYEN
Attorney for Claimant Zhaowei Xie
(Authorized by email)

Dated: 7/31/18

/s/ Clayton Clement
CLAYTON CLEMENT
Attorney for James B. Keegan and Diane E. Keegan
(Signature retained by attorney)

| | | |
|---|---|---|
| Dated: 7/31/18 | | /s/ Linda M. Parisi |
| | | LINDA M. PARISI |
| | | Attorney for Claimants Min Hui Jiang |
| | | and Jing Shen Jiang |
| | | (Authorized by email) |
| Dated: 7/30/18 | | /s/ Jan Horn |
| | | Jan Horn |
| | | Pro Per Claimant |
| | | (Authorized by email) |
| Dated: 7/30/18 | | /s/ Maureen Horn |
| | | Maureen Horn |
| | | Pro Per Claimant |
| | | (Authorized by email) |

**ORDER**

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases. The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED: August 6, 2018.

UNITED STATES DISTRICT JUDGE