| | |
|---|---|
| 1 | CLAYTON E. CLEMENT State Bar No. 42751 |
| 2 | DAVIN R. BACHO State Bar No. 282613 |
|   | CLEMENT, FITZPATRICK & KENWORTHY |
| 3 | 3333 Mendocino Avenue, Suite 200 |
|   | Santa Rosa, California 95403 |
| 4 | Telephone: (707) 523-1181 Facsimile: (707) 546-1360 |
|   | Email: cclement@cfk.com   jlyons@cfk.com |
| 5 | Attorneys for Claimants James Bennett Keegan Jr. |
| 6 | and Diane Elaine Keegan, Trustees of the Keegan |
|   | Family Trust Dated 9/4/1997 |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cv-00799-KJM-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO WITHDRAW VERIFIED CLAIM OF LIENHOLDERS, JAMES BENNETT KEEGAN JR. AND DIANE ELAINE KEEGAN, TRUSTEES** |
| REAL PROPERTY LOCATED AT 2033 BASTONA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-1860-037-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between claimants James Bennett Keegan, Jr. and Diane Elaine Keegan, Trustees of the Keegan Family Trust Dated 9/4/1997 ("Claimants"), by and through their counsel, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimants asserted a lienholder interest in the defendant property located at 5759 Muskingham Way, Sacramento, CA 95823; APN: 117-1280-034-0000 ("Defendant Muskingham property").

2. The loan has since been satisfied and Claimants no longer have an interest in the Defendant Muskingham property.

STIPULATION AND ORDER TO WITHDRAW CLAIM

-1-

3. Accordingly, Claimants hereby withdraw their Claim filed May 30, 2018 (Document 7) in the above-captioned case with respect to the Defendant Muskingham property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Muskingham property is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimants are hereby removed from the Service List for the above-captioned case.

Date: July 15, 2019        CLEMENT, FITZPATRICK & KENWORTHY

                           By:   /s/ Clayton E. Clement
                                 Clayton E. Clement
                                 Attorneys for Claimants James Bennett
                                 Keegan, Jr. and Diane Elaine Keegan,
                                 Trustees of the Keegan Family Trust Dated
                                 9/4/1997

Date: July 17, 2019        McGREGOR W. SCOTT
                           United States Attorney

                           /s/ Kevin C. Khasigian
                           KEVIN C. KHASIGIAN
                           Assistant U.S. Attorney

## **ORDER**

The Court has read and considered the Stipulation to Withdraw Claim by James Bennett Keegan, Jr. and Diane Elaine Keegan, Trustees of the Keegan Family Trust Dated 9/4/1997, and Plaintiff, United States of America, by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimants Verified Claim filed May 30, 2018 (Document 7) in the above-captioned case is hereby deemed withdrawn.

3. Claimants are hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: July 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO WITHDRAW CLAIM