Christopher J. Donovan (SBN 315982)
Doss Law, LLP
29042 Bouquet Canyon Road
Silverado, CA 92676
Tel: (949) 535-1460
Fax: (800) 584-6950
Chris@DossLaw.com
*Attorney for Claimant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 5313 KUNGSTING WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1620-047-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | CIVIL NO. 2:18-cv-00799-KJM-CKD<br><br>**STIPULATION AND ORDER TO WITHDRAW CLAIM OF LIENHOLDERS, COREY FENIG AND FAYE FENIG, TRUSTEES OF THE 2008 COREY AND FAY FENIG REVOCABLE LIVING TRUST** |

　　　**IT IS HEREBY STIPULATED** by and between claimants, Corey Fenig and Faye Fenig, Trustees of the 2008 Corey and Faye Fenig Revocable Trust, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

　　　1.　Claimants asserted a lienholder interest in the defendant property located at 5313 Kungsting Way, Elk Grove, California, APN: 132-1620-047-

0000, including all appurtenances and improvements thereto ("Defendant Kungsting Way").

2. The loan has since been satisfied and Claimants no longer have an interest in the Defendant Kungsting Way property.

3. Accordingly, Claimants hereby withdraw their Claim filed May 23, 2018 (Document 4) in the above-captioned case with respect to the Defendant Kungsting Way property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Kungsting Way is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimants are hereby removed from the Service List for the above-captioned case.

Date: August 23, 2019          By:   /s/ Corey Fenig
                                     Corey Fenig, Trustee


Date: August 23, 2019          By:   /s/ Faye Fenig
                                     Faye Fenig, Trustee

                                     (Signatures retained by attorney)


Date: 9/5/2019                       McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney

# **ORDER**

The Court has read and considered the Stipulation to Withdraw Claim by Corey Fenig and Faye Fenig, Trustees of the 2008 Corey and Faye Fenig Revocable Trust, and Plaintiff, United States of America, by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimants Claim filed May 23, 2018 (Document 4) in the above-captioned case is hereby deemed withdrawn.
3. Claimants are hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 6, 2019.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order To Withdraw Claim