McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00799-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 2033 BASTONA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-1860-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Li Tan Lin, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 5759 Muskingham Way, Sacramento, California, Sacramento County, APN: 117-1280-034-0000 ("defendant Muskingham Way"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Muskingham Way. Thus, the stay would no longer be necessary for this property.[1]

---

[1] The case would remain stayed as to the other five *In Rem* Defendants. This request is limited to defendant Muskingham Way.

1

Stipulation for Partial Lift of Stay and Order

James Bennett Keegan, Jr. and Diane Elaine Keegan, Trustees, filed a claim asserting a lienholder interest in defendant Muskingham Way. Claimant Li Tan Lin filed a Verified Statement of Interest in defendant Muskingham Way. No other party has filed a claim asserting an interest in defendant Muskingham Way.

On November 30, 2018, escrow closed for defendant Muskingham Way. James Bennett Keegan, Jr. and Diane Elaine Keegan were paid in full through escrow. James Bennett Keegan, Jr. and Diane Elaine Keegan withdrew their claim on July 23, 2019.

The United States and claimant Li Tan Lin have reached a settlement regarding the net proceeds from the sale of the Muskingham Way property.

Dated: 9/13/2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 10/15/19

/s/ David P. Foos
DAVID P. FOOS
Attorney for claimant Li Tan Lin

(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 5759 Muskingham Way, Sacramento, California, Sacramento County, APN: 117-1280-034-0000.

IT IS SO ORDERED

Dated: October 24, 2019.

UNITED STATES DISTRICT JUDGE

2
Stipulation for Partial Lift of Stay and Order