McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00799-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 2033 BASTONA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-1860-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Jing Sheng Jiang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 9043 Pembridge Drive, Elk Grove, California, Sacramento County, APN: 134-0730-009-0000 ("defendant Pembridge Drive"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Pembridge Drive. Thus, the stay would no longer be necessary for this property.[1]

Jan Horn and Maureen Horn, Trustees, filed a claim asserting a lienholder interest in defendant Pembridge Drive. Claimant Jing Sheng Jiang filed a Claim and Answer to the Complaint regarding

---
[1] The case would remain stayed as to the other four *In Rem* Defendants. This request is limited to defendant Pembridge Drive.

1

defendant Pembridge Drive. No other party has filed a claim asserting an interest in defendant Pembridge Drive.

On May 21, 2019, escrow closed for defendant Pembridge Drive. Jan Horn and Maureen Horn were paid in full through escrow. Jan Horn and Maureen Horn withdrew their claim on September 11, 2019.

The United States and claimant Jing Sheng Jiang have reached a settlement regarding the net proceeds from the sale of the Pembridge Drive property.

Dated: 12/13/2019         McGREGOR W. SCOTT
                          United States Attorney

                    By:   /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney

Dated: 12/13/19           /s/ Linda M. Parisi
                          LINDA M. PARISI
                          Attorney for claimant Jing Sheng Jiang

                          (Authorized by phone)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 9043 Pembridge Drive, Elk Grove, California, Sacramento County, APN: 134-0730-009-0000.

IT IS SO ORDERED

Dated: December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

2