PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2033 BASTONA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-1860-037-0000, INCLUDING ALL  APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00799-KJM-CKD<br><br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

The United States and claimant Fu Long Liu, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 5313 Kungsting Way, Elk Grove, California, Sacramento County, APN: 132-1620-047-0000 ("defendant Kungsting Way").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Kungsting Way.  Thus, the stay would no longer be necessary for this property.[1]

Corey Fenig and Faye Fenig, Trustees, filed a claim asserting a lien holder interest in defendant Kungsting Way.  Claimant Fu Long Liu filed a Claim and Answer to the Complaint regarding defendant

---

[1] The case would remain stayed as to the other three *In Rem* Defendants.  This request is limited to defendant Kungsting Way.

1

Kungsting Way.  No other party has filed a claim asserting an interest in defendant Kungsting Way.

On June 13, 2018, escrow closed for defendant Kungsting Way.  Corey Fenig and Faye Fenig were paid in full through escrow.  Corey Fenig and Faye Fenig withdrew their claim on September 9, 2019.

The United States and claimant Fu Long Liu have reached a settlement regarding the net proceeds from the sale of the Kungsting Way property.

Dated:  8/16/2022                                        PHILLIP A. TALBERT
                                                         United States Attorney

                                              By:        /s/ Kevin C. Khasigian
                                                         KEVIN C. KHASIGIAN
                                                         Assistant U.S. Attorney

Dated:  9/15/2022                                        /s/ Ernest Chen
                                                         ERNEST CHEN
                                                         Attorney for claimant Fu Long Liu

                                                         (Signature retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 5313 Kungsting Way, Elk Grove, California, Sacramento County, APN: 132-1620-047-0000.

IT IS SO ORDERED

DATED:  October 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE